In the Matter of the Probate of the Alleged Last Will of
ALETTA DECKER, Deceased.

(Submitted June 10, 1886 ; decided June 25, 1886.)

*George A. Mott* for appellant.

*Henry A. Monfort* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

BRIDGET DOUGHTY, as Administratrix, etc., Respondent, *v.*
THE EAST RIVER FERRY COMPANY, Appellant.

(Argued June 11, 1886 ; decided June 25, 1886.)

*William G. Choate* for appellant.

*A. G. Vanderpoel* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.